226 So.2d 524

Joseph A. CONINO, Individually and on behalf of his minor son, Joseph A. Conino, Jr.

v.

Alvin P. LANDRY, Southeastern Fire Insurance Company and Allstate Insurance Company.

DeWitt Clinton McNUTT, II, Individually and on behalf of his minor son, DeWitt Clinton McNutt, III

v.

Alvin P. LANDRY and Southeastern Fire Insurance Company.

No. 49962.

Oct. 1, 1969

In re: Alvin P. Landry and Southeastern Fire Insurance Company applying for certi-orari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 222 So.2d 525.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.